UNITED STATES *v.* HARPER & Co. (No. 482).[1]

MOTION to dismiss appeal on the ground that more than one year had elapsed since the date of the judgment sought to be reviewed.

United States Court of Customs Appeals, February 12, 1912.

*D. Frank Lloyd,* Assistant Attorney General (*Frank L. Lawrence,* special attorney, on the brief), for the United States.
*Stanley Jackson* (*Charles R. Dean* of counsel) for appellees.

*Held,* That an order entered after hearing, that "the petition herein be, and hereby is, dismissed, and that findings and decision be filed and judgment thereon entered herein accordingly," was not, under the California practice, final so as to preclude and did not preclude appeal from a judgment later entered. The first order clearly contemplated a future finding of facts and judgment thereon.

Motion *denied* February 12, 1912.

---

[1] Reported T. D. 32367 (22 Treas. Dec., 542).